## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **PATRICIA EAST,** | : | |
| **Claimant** | : | |
| v. | : | 5:04-CV-382 (WDO) |
| **JO ANNE BARNHART, Commissioner of Social Security,** | : | |
| **Defendant** | : | |

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation to affirm the Commissioner's denial of disability benefits. Having carefully considered the Recommendation, and Claimant's objections thereto, the Recommendation is ADOPTED and made the order of the Court. The denial of benefits is AFFIRMED.

SO ORDERED this 3rd day of January, 2006.

S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**